IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2011

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 11-cv-01809-BNB

VIKKI RUTH MILLER,

    Plaintiff,

v.

EXCEL PERSONNEL,

    Defendant.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 27, 2011, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01809-BNB

Vikki Ruth Miller
2281 S Vaughn Way #307
Aurora, CO 80014

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 27, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk