IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 - 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01809-PAB

VIKKI RUTH MILLER,

    Plaintiff,

v.

EXCEL PERSONNEL,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED August 2, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01809-PAB

Vikki R. Miller
2281 S. Vaughn Way, #307
Aurora, CO 80014

US Marshal Service
Service Clerk
Service forms for: Excel Personnel

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Excel Personnel: TITLE VII COMPLAINT FILED 07/12/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on August 2, 2011.

                                                  GREGORY C. LANGHAM, CLERK

                                                  By: _____
                                                          Deputy Clerk