IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01809-PAB-BNB

VIKKI RUTH MILLER,

    Plaintiff,

v.

EXCEL PERSONNEL,

    Defendant.

## ORDER

This matter is before the Court on the Unopposed Motion for Dismissal with Prejudice with Proposed Order [Docket No. 13] filed by defendant Excel Personnel, Inc. ("Excel"). Defendant requests that the Court dismiss all of plaintiff's claims with prejudice. Defendant represents that the parties have reached an agreement to resolve and settle all of plaintiff's claims.

The Court has reviewed the pleading and is fully advised in the premises. Because the motion is unopposed, and in light of the settlement reached in this case, it is

**ORDERED** that the Unopposed Motion for Dismissal with Prejudice with Proposed Order [Docket No. 13] is **GRANTED**. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims against defendant are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED November 30, 2011.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge